AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Marquis Juwan Erskin | ) | Case No. |
| | ) | |
| | ) | H19-1180M |
| | ) | |
| | ) | |
| Defendant(s) | | |

United States Courts
Southern District of Texas
FILED
JUL - 3 2019
David J. Bradley, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **June 18, 2019** in the county of **Harris** in the
**Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Tilte 18, Section 751 (a) | Escape from the custody of the Attorney General or his authorized representative, or from any institution, or facility in which he is confined by direction of the Attorney General. |

This criminal complaint is based on these facts:
See attached affidavit of Deputy U.S. Marshal Jason Gullingsrud

☒ Continued on the attached sheet.

*Complainant's signature*

Jason Gullingsrud Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7-3 19

*Judge's signature*

NANCY JOHNSON
U.S. Magistrate Judge
*Printed name and title*

City and state: Houston, Texas

# **AFFIDAVIT**

This Affidavit is prepared in conjunction with the request for a complaint and arrest warrant for Marquis Juwan Erskin, who escaped from the Leidel Sanction Center, located at 1819 Commerce Street, Houston, Texas 77002, on June 18, 2019.

I, Jason Gullingsrud, having been duly sworn, declare under the penalty of perjury, and states:

1. That I am a Deputy United States Marshal with the United States Marshals Service (DUSM) in Houston, Texas and have been employed in this capacity since June 2003.

2. During my employment with the United States Marshals Service, I have conducted investigations related to the escape of federal prisoners. I am currently assigned to the Gulf Coast Violent Offenders and Fugitive Task Force. My primary responsibility as a member of the Task Force is to conduct fugitive investigations.

3. On October 17, 2018, Marquis Juwan Erskin was sentenced by the United States District Court to 21 months and committed to United States Bureau of Prisons after pleading guilty to Felon in possession of a firearm.

4. On April 15, 2019 Marquis Juwan Erskin was furloughed from the custody of the Bureau of Prisons and ordered to report to the Leidel Sanction Center located at, 1819 Commerce St., Houston, TX by 3:00 a.m. (CST) on April 16, 2019. On April 16, 2019 at approximately 3:00 a.m. Marquis Juwan Erskin reported to the Leidel Sanction Center in Houston Texas to serve the remainder of his federal sentence with a projected release date of August 15, 2019. The Leidel Sanction Center is a privately operated halfway house, located in the Southern District of Texas, and contracted by the United States Bureau of Prisons to house federal prisoners.

5. On June 18, 2019 at approximately 7:30 p.m. (CST), staff from the Leidel Sanction Center conducted count and discovered Marquis Juwan Erskin was not in the facility. Marquis Juwan Erskin had been residing at the Leidel Sanction Center since April 16, 2019 when he reported as ordered.

6. On June 18, 2019 at approximately 8:12 p.m. (CST) Marquis Juwan Erskin was declared an escaped federal prisoner by Juan F. Herrera, Residential Reentry Manager with the United States Bureau of Prisons. Marquis Juwan Erskin escaped was from the custody and the confinement of an institution where the prisoner is confined by the direction of the Attorney General, and were such custody and confinement is pursuant to a judgment of conviction or other process issued under the laws of the United States. The whereabouts of inmate Marquis Juwan Erskin, at that time, was unknown.

7. On June 27, 2019 at approximately 7:00 p.m. (CST), Marquis Juwan Erskin was arrested by the Houston Police Department in vehicle that was taken during an armed carjacking. Marquis Juwan Erskin was charged with Unauthorized Use of a Motor and booked into the Harris County jail.

8. Based on the ongoing investigation, I believe that Marquis Juwan Erskin has escaped from the Leidel Sanction Center, Houston TX in violation of Title 18, United States Code, Section 751(a).

I, Jason Gullingsrud, Deputy United States Marshal, United States Marshals Service, being duly sworn according to law, deposes and says that the facts stated in the foregoing affidavit are true and correct to the best of my knowledge, information, and belief.

Jason Gullingsrud
Deputy United States Marshal


Sworn to before me and subscribed in my presence this ___ Day of July, 2019, and I find probable cause exists.

United States Magistrate Judge